**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
**UNITED STATES OF AMERICA,**

                                                                    **8:18-cr-97**
                                                                     **8:09-cr-257**
                                                                     **(GLS)**

                  **v.**

**TIMOTHY J. FLEURY,**

                        **Defendant.**

| APPEARANCES: | OF COUNSEL: |
|---|---|
| **FOR THE UNITED STATES:** | |
| HON. CARLA B. FREEDMAN | DOUGLAS G.N. COLLYER |
| United States Attorney | Assistant U.S. Attorney |
| 14 Durkee Street | |
| Room 340 | |
| Plattsburgh, NY 12901 | |
| | |
| **FOR THE DEFENDANT:** | |
| Michael Rhodes-Devey, | MICHAEL RHODES-DEVEY, |
| Attorney at Law | ESQ. |
| P.O. Box 505 | |
| Delmar, NY 12054 | |

**Gary L. Sharpe**
**Senior District Judge**

## ORDER

The above-captioned matter comes to this court following a Report-Recommendation and Order (R&R's) by Magistrate Judge Daniel J. Stewart, duly filed April 13, 2022. (No. 8:18-cr-97, Dkt. No. 74; No 8:09-cr-257, Dkt. No. 149.) Following fourteen days from the service thereof, the Clerk has

sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the R&R for clear error, it is hereby

**ORDERED** that the Report-Recommendation and Order (No. 8:18-cr-97, Dkt. No. 74; No 8:09-cr-257, Dkt. No. 149) is **ADOPTED** in its entirety; and it is further

**ORDERED** that the matter proceed directly to sentencing in *United States v. Fleury*, No. 8:18-cr-97; and it is further

**ORDERED** that the matter proceed directly to the final revocation hearing in *United States v. Fleury*, No. 8:09-cr-257; and it is further

**ORDERED** that the Clerk provide a copy of this Order to the parties in accordance with the Local Rules of Practice.

**IT IS SO ORDERED.**

May 5, 2022
Albany, New York

Gary L. Sharpe
U.S. District Judge